**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EKATERINA KRASNOV,

Plaintiff,

v. Case No.: 3:24-cv-126-WWB-LLL

M. G. CREDIT INC.,

Defendant.
_______________________________/

# ORDER

THIS CAUSE is before the Court upon periodic review. Plaintiff has failed to effect proper service on Defendant within the time allowed by Federal Rule of Civil Procedure 4(m).

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** on or before **December 10, 2024**, why the Complaint should not be dismissed for failure to serve. Failure to respond to this Order may result in dismissal of this case without further notice from the Court.

**DONE AND ORDERED** in Jacksonville, Florida on December 2, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record