**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

EKATERINA KRASNOV,

Plaintiff,

v. Case No.: 3:24-cv-126-WWB-LLL

M. G. CREDIT INC.,

Defendant.
_______________________________/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. On December 3, 2024, Plaintiff was directed to show cause on or before December 10, 2024, why this case should not be dismissed for failure to serve Defendant in accordance with Federal Rule of Civil Procedure 4(m). (Doc. 20 at 1). Plaintiff was warned that failure to respond could result in dismissal of this case without further notice. (*Id.*). Plaintiff did not respond to the December 3, 2024 Order or file proof of service and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to serve and failure to prosecute. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant[.]"); *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket); M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate

due diligence and just cause for delay."). The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on December 20, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record